SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>     Plaintiff,<br><br>vs.<br><br>Elohim Ent., Inc.,<br><br>     Defendants | Case No. **2:09-cv-00377-WBS-DAD**<br><br>**PLAINTIFF'S REQUEST AND <s>PROPOSED</s> ORDER RE REQUEST FOR CONTINUANCE OF STATUS CONFERENCE**<br><br>Status Conference: June 1, 2009<br>Time: 2:00 pm<br>Courtroom: 5 |

Plaintiff, Scott N. Johnson, hereby requests an extension of time in which to continue the status conference from June 1, 2009 to July 6, 2009. Plaintiff has been unable to serve this Defendant. A continuance to July 6, 2009 for the status conference will give the Plaintiff ample time to serve this Defendant and for this Defendant to file an answer to Plaintiff's complaint.

PLAINTIFF'S REQUEST AND PROPOSED ORDER REQUEST FOR CONTINUANCE OF STATUS

CONFERENCE

CIV: S-09-cv-00377-WBS-DAD - 1

Dated: May 14, 2009     /s/Scott N. Johnson

Scott N. Johnson,

Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED THAT the parties shall have the status conference continued to **July 13, 2009 at 2:00 p.m.**

Date: May 14, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE